IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY MILLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-0230

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 5, 2016.

An appeal from an order of the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

Gregory Miller, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.